1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

KYLE P. OLSEN,

8                                          Plaintiff,                    Case No. C17-5945 JCC

9            v.                                                          MINUTE ORDER

10

NANCY A. BERRYHILL, Deputy
11   Commissioner of Social Security for Operations,

12                                          Defendant.

13          The following Minute Order is made by direction of the Court, the Honorable John C.

14   Coughenour, United States District Judge:

15           This matter comes before the Court on Plaintiff's unopposed motion for an extension of time

16   (Dkt. No. 9). The motion is GRANTED. Plaintiff shall have up to and including July 2, 2018, to file

17   Plaintiff's opening brief. Defendant shall have up to and including July 30, 2018, to file Defendant's

18   responsive brief. Plaintiff shall have up to and including August 13, 2018, to file Plaintiff's reply

19   brief.

20          DATED this 8th day of May, 2018.

21                                                                       WILLIAM M. MCCOOL
                                                                         Clerk

22
                                                                         s/TOMAS HERNANDEZ
23                                                                       Deputy Clerk

MINUTE ORDER - 1